**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 402 MAL 2021

           Respondent                  :

                                            :   Petition for Allowance of Appeal
                                            :   from the Order of the Superior Court

            v.                        :

                                            :

DAVID CHARLES BEAN,               :

                                  :

                 Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.